NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**E. WAYNE HAGE AND THE ESTATE OF JEAN N. HAGE,**

*Plaintiffs-Cross Appellants,*

**v.**

**UNITED STATES,**

*Defendant-Appellant.*

---

2011-5001, -5013

---

Appeals from the United States Court of Federal Claims in case no. 91-CV-1470, Senior Judge Loren A. Smith.

---

**ON MOTION**

---

**ORDER**

The cross-appellants move for a 45-day extension of time, until September 21, 2011 to file their reply brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__AUG 0 5 2011__
        Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Lyman D. Bedford, Esq.
     Elizabeth Ann Peterson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 0 5 2011

**JAN HORBALY**
**CLERK**